# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NONPROFITS INSURANCE ALLIANCE OF CALIFORNIA,<br><br>    Defendant. | Case No. 5:14-cv-04466-EJD<br><br>**PRETRIAL ORDER (BENCH)** |

This case is scheduled for a Trial Setting Conference on October 1, 2015. Based on the parties' Joint Trial Setting Conference Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the parties may file two sets of cross-motions for summary judgment, one addressing each underlying action.

IT IS FURTHER ORDERED that the parties' request for separate trials will be addressed at the Final Pretrial Conference.

IT IS FURTHER ORDERED that the parties request to modify the case management deadlines is GRANTED, and the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | November 10, 2015 |
| Deadline for Filing Dispositive Motions | December 11, 2015 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on February 25, 2016 |
| Final Pretrial Conference | 11:00 a.m. on April 7, 2016 |
| Joint Final Pretrial Conference Statement and Motions *in Limine* | March 24, 2016 |
| Proposed Findings of Fact and Conclusions of Law | March 28, 2016 |

Case No.: 5:14-cv-04466-EJD
PRETRIAL ORDER (BENCH)

| Bench Trial | April 25, 2016 (1/2 day a.m.); April 26-27, 2016 (full days); April 28, 2016, (1/2 day a.m.); April 29, 2016 (full day) |
|---|---|

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated:  September 28, 2016



EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."