UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>NONPROFITS INSURANCE ALLIANCE OF CALIFORNIA,<br><br>        Defendant. | Case No.  5:14-cv-04466-EJD<br><br>**ORDER VACATING TRIAL SETTING CONFERENCE** |

In light of the pending cross-motions for summary judgment, the trial setting conference scheduled for June 2, 2016, is VACATED and will be reset, if necessary, upon resolution of the motions.

**IT IS SO ORDERED.**

Dated:  May 31, 2016

                                                                       
EDWARD J. DAVILA
United States District Judge