IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NONPROFITS INSURANCE ALLIANCE OF CALIFORNIA, a California corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 5:14-cv-04466-EJD<br><br>[PROPOSED] ORDER RE ADMINISTRATIVE REQUEST FOR PLAINTIFF'S LEAD COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: October 6, 2014 |

Having read and considered Plaintiff Western World Insurance Company's Administrative Request for counsel James Wraith to appear telephonically at the Further Case Management Conference scheduled on April 5, 2018, at 10:00 a.m., IT IS HEREBY ORDERED that the Administrative Request is GRANTED.

**IT IS SO ORDERED.** Counsel shall arrange for telephonic appearance via CourtCall.

Dated: March 27, 2018          By: _____
                                    EDWARD J. DAVILA
                                    United States District Judge

250396